THE PEOPLE ex rel. HENRY W. KOON vs. THE JUDGES OF THE COURT OF COMMON PLEAS OF THE COUNTY OF RENSSELAER.

An alternative mandamus allowed to the Court of Common Pleas, to bring up the question, whether a party to a suit in the Common Pleas can recover taxed costs on demurrer, in addition to twenty dollars costs allowed by statute, on a certiorari brought up from a Justice's Court.

*This was an ex parte motion, for an alternative mandamus against the defendants, to require them to vacate an order, denying a motion of the relator as defendant in error, for a retaxation of a bill of costs on certiorari, from Justice's Court, to the Common Pleas.*—The facts in this case appear to be, that one Facks, plaintiff in error, removed a cause from a justice's court wherein said Henry W. Koon was defendant in error, by certiorari, to the court of Common Pleas, of Rensselaer county; and assigned error in fact, to which Koon, defendant in error, demurred; the demurrer was brought to argument and overruled by the court. The plaintiff in error made out his bill of costs, and inserted in it twenty dollars costs upon certiorari by statute, and also made out a bill of costs on the demurrer in addition, and had the same taxed, including the twenty dollars by statute. The facts in the case were admitted before the taxing officer. The defendant in error objected before the taxing officer to all of the bill, except the gross sum of $20. The taxing officer overruled the objection and taxed the bill at $83·08. The defendant in error moved for a retaxation of the costs before the court of Common Pleas, which was denied with costs, on the 15th February, 1845. The defendant in error and relator insists that no more than $20 costs can be taxed under the statute, on certiorari, from justice's court, and cites *Laws of* 1840, p. 332, § 12; 4 *Hill,* 541; 19 *Wend.,* 56 *and* 68; also, 18 *and* 20 *Wend.*

BEARDSLEY, Justice.—Allowed an alternative mandamus.